

# Fourth Court of Appeals
## San Antonio, Texas

May 29, 2024

No. 04-24-00207-CR

**IN RE** Christopher-Jarvis **PAYNE**

Original Proceeding[1]

**ORDER**

On March 22, 2024, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on May 29, 2024.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of May, 2024.

_____
Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2021CR3349, 2022CR6932, styled *State of Texas v. Christopher Payne*, pending in the Criminal District Court, Magistrate Court, Bexar County, Texas, the Honorable Andrew Carruthers presiding.